Opinion issued April 22, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00168-CV

———————————

Rig Fabricators & Repair, Inc., Appellant

V.

Steve
Stephens d/b/a and a/k/a Terra-Texas Company, Appellee



 



 

On Appeal from the 234th District Court

Harris County, Texas



Trial Court Case No. 2009-30296

 



 

MEMORANDUM OPINION

          This is an
interlocutory appeal from the trial court’s February 15, 2010 order denying appellant Rig Fabricators & Repair, Inc.’s special appearance.  See
Tex. Civ. Prac. & Rem. Code Ann.
§ 51.014(a)(7) (Vernon 2008).  On March
10, 2010, the trial court withdrew its February 15, 2010 order.

           Accordingly, the appeal is moot, and we
dismiss it want of jurisdiction.  See Tex.
R. App. P. 42.3(a).

 

PER CURIAM

 

Panel consists of Justices Keyes, Sharp, and
Massengale.